UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

|  |  |  |
|---|---|---|
| **SOUTHERN INDIANA GAS & ELECTRIC COMPANY, INC.** *d/b/a* *Vectren Energy Delivery of Indiana, Inc.* | ) ) ) ) ) | |
| Cross Claimant, | ) | 3:06-CV-48-SEB-WGH |
| v. | ) ) | |
| **IOWA PIPELINE ASSOCIATES, INC.,** *formerly known as KLP Construction Company, Inc.*, | ) ) ) | |
| Cross Defendant. | ) ) | |
| **SOUTHERN INDIANA GAS & ELECTRIC COMPANY, INC.,** *d/b/a* *Vectren Energy Delivery of Indiana, Inc.,* | ) ) ) ) ) | |
| Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| **SEMCO CONSTRUCTION PARENT COMPANY, SEMCO IOWA CONSTRUCTION COMPANY,** | ) ) ) ) | |
| Third Party Defendants, | ) | |

## **FINAL JUDGMENT**

In a concurrent ruling, following a two-day bench trial, the Court found in favor of Cross Defendant (KLP) and Third Party Defendants.  Accordingly, the Court now enters

judgment in favor of Cross Defendant and Third Party Defendant and against Cross Plaintiff and Third Party Plaintiff, each side to bear its own costs.

  IT IS SO ORDERED.

Date: 09/15/2009

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Norman T. Funk
HILL FULWIDER MCDOWELL
FUNK & MATTHEWS
tom@hfmfm.com

Richelle Marie Harris
FROST BROWN TODD LLC
rharris@fbtlaw.com

Patrick A. Shoulders
ZIEMER STAYMAN WEITZEL &
SHOULDERS
pshoulders@zsws.com

Emily Dawn Smith
HILL FULWIDER MCDOWELL
FUNK & MATTHEWS
emily@hfmfm.com

Keith W. Vonderahe
ZIEMER STAYMAN WEITZEL &
SHOULDERS
kvonderahe@zsws.com

Laura L. Pamplin
VECTREN CORPORATION
llpamplin@vectren.com

Kevin C. Schiferl
FROST BROWN TODD LLC
kschiferl@fbtlaw.com